IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRISTOPHER A. HUGHES, | ) |
| Plaintiff, | ) Case No. 1:21-cv-00175-JRG-SKL |
| v. | ) |
| REMINGTON ARMS COMPANY, LLC, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-entitled action should be dismissed and the parties hereby stipulate to its dismissal without prejudice.

Respectfully submitted this 4th day of November 2021,

/s/ J. Christopher Clem
J. Christopher Clem (BPR No. 015793)
SAMPLES, JENNINGS, CLEM &
FIELDS, P.L.L.C.
130 Jordan Drive
Chattanooga, Tennessee 37421
(423) 892-2006
cclem@sampleslaw.com

ATTORNEY FOR PLAINTIFF

/s/ Dale Wills (signed w/ permission)
Dale G. Wills (admitted pro hac vice)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 923-8266
dwills@smbtrials.com

F. Laurens Brock (BPR No. 017666)
Jeremy D. Ray (BPR No. 034407)
ADAMS AND REESE, LLP
424 Church St., Suite 2700
Nashville, TN 37219
(615) 259-1450
larry.brock@arlaw.com
jeremy.ray@arlaw.com

ATTORNEYS FOR DEFENDANT